IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONTGOMERY CARL AKERS,

      Plaintiff,

    v.                                    Civil No. 20-1146

KATHERINE N. SIEREVELD,

      Defendants.

## NOTICE OF REMOVAL OF ACTION

The United States of America, acting on behalf of Katherine N. Siereveld, named defendant in the above-captioned action, hereby gives notice to this Court of the removal of a civil action commenced in the Second Judicial District Court, County of Bernalillo, State of New Mexico, Cause No. D-202-CV-2020-04644. This removal is pursuant to 28 U.S.C. § 1442 (a) (1) which provides a civil action that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:  (1)The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue:

1.  A civil action has been brought in the Second Judicial District Court, State of New Mexico, against Katherine N. Siereveld, Cause No. D-202-CV-2020-04644 for alleged tortuous interference with a contractual relationship, to wit a relationship between the Plaintiff and his attorney.

-2-

Plaintiff is seeking to monitary judgment from the federal officer.

WHEREFORE, the United States gives notice that Cause No. D-202-CV-2020-04644 in

the Second Judicial District Court for the County of Bernalillo, State of New Mexico, is removed

to this Court.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Electronically Filed on 11/5/20*
MANUEL LUCERO
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1467
manny.lucero@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I filed the foregoing pleading electronically
through the CM/ECF system, and that the following parties were served by first-class mail:
Montgomery Carl Akers
Plaintiff pro se
#02866-087
P.O. Box 1000
Marion, IL 62959

*/s/ Manuel Lucero*
MANUEL LUCERO
Assistant United States Attorney